

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

April 12, 2012

**By Hand And By Email**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

    Re:   <u>United States v. Manuel Geovanny Rodriguez-Perez, et al.,</u>
           S12 10 Cr. 905 (LTS)

Dear Judge Swain:

      We write pursuant to the Court's request to set forth the schedule for the April 2012 pretrial conferences in the above-captioned case. Accordingly, attached please find sheets containing the names of the defendants and of current defense counsel, as well as information regarding each defendant's current custody status and whether each defendant requires an interpreter, for conferences scheduled by the Court for April 24, 2012, at 12:30 p.m.; April 25, 2012, at 12:30 p.m.; and April 25, 2012, at 4:30 p.m.

*The April 25, 2012, conferences are adjourned to April 24, 2012, at 3:30pm and April 26, 2012, at 10:30 AM. The Government is requested to provide updated attendance lists.*

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: /s/ Amie N. Ely
Amie N. Ely
Assistant United States Attorney
(212) 637-2214

**SO ORDERED.**
NEW YORK, NY
April 16, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Encl.

CC:   All defense attorneys (by email).

## April 24, 2012, 12:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|   | Defendant | Counsel | Interpreter Needed? | In Custody? |
|---|---|---|---|---|
| 1 | Betancourt, Jose | Peter Raben | N | N |
| 2 | Dejesus, Rosemary | Telesforo Del Valle, Jr. | N | N |
| 3 | Espinal, Jose | Robert Gottlieb | N | N |
| 4 | Fernandez, Daniel | David Raben | N | N |
| 5 | Jimenez, Estalin | Luis O. Diaz | Y | N |
| 6 | Rivera, Edwin | Paul Brenner | N | N |
| 7 | Rodriguez, Manuel | Richard Levitt | Y | Y |
| 8 | Simpson, Jerome | Bruce Kaye | N | N |

## April 25, 2012, 12:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Cerda, Miguel | Barry Weinstein | N | N |
| 2  | Encarnacion, Edgar | Lloyd Epstein | N | N |
| 3  | Fernandez, Daniel | David Raben | N | N |
| 4  | Herrera, Edwing | James Roth | N | Y |
| 5  | Herrera, Isidro | Ryan Blanch/ Ed McQuat | N | Y |
| 6  | Locier, Andy | Scott Tulman | N | N |
| 7  | Mena-Sifonte, Idael | Hector Flores | Y | N |
| 8  | Perez, Jose | Edgar Fankbonner | Y | Y |
| 9  | Perez, Leodis | Paul McAllister | N | N |
| 10 | Pimentel, Miriam | Jeremy Schneider | Y | Y |
| 11 | Reyes, Michael Angelo | Patrick Brackley | N | N |
| 12 | Rojas, Andres | Mark Cohen | Y | Y |
| 13 | Sanchez, Jesus | Jonathan Marks | N | Y |
| 14 | Santana-Zamora, Adel | Juan de Jesus Gonzalez | Y | N |

## April 25, 2012, 4:30 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

| # | Defendant | Counsel | Interpreter Needed? | In Custody? |
|---|---|---|---|---|
| 1 | Castillo, Jenny | Gary Villanueva | N | N |
| 2 | Martinez, Michael | Howard Jacobs | N | N |
| 3 | Martinez, Robert | Kelley Sharkey | N | N |
| 4 | Matos, Abel | Lou Freeman | N | N |
| 5 | Matos, Nelson | Ernest Hammer | Y | N |
| 6 | Mena-Hernandez, Idael | Hector Flores | Y | N |
| 7 | Rodriguez, Jose | Dan Nobel | Y | Y |
| 8 | Rodriguez, Oscar | Christopher Booth | Y | N |
| 9 | Stang, Matthew | Gorden Mehler | N | N |
| 10 | Valdez, Daniel | Joshua Dratel | N | Y |